DETROIT FIDELITY & SURETY COMPANY, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit.

January 23, 1924.) No. 180. In Error to the District Court of the United States for the Eastern District of New York. E. J. McCrossin and Felder & McCrossin, all of New York City, for plaintiff in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.